ADW Repp on 1-20-2021 said in Ref # CCI-A2L52000
393941

" Whatever Yard you come from messed up your classification,
il just triggered a new one for your CO III to Complete. You are
elgible for a 2 yard."
( Classification / Time Computation) Inmate letter.

J-Pay service / Securus Tech email