# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

**INMATE NAME** (Last, First M.I.) (Please print): MENDOZA VINCENT

**ADC NUMBER:** 193334

**INSTITUTION/UNIT:** Lewis / Stiner

**FROM:** Vincent Mendoza

**LOCATION:** Alhambra

I was recently in quarantine at Alhambra-Phoenix Complex for 2-weeks, Dec 23 - Jan 7. On December 30th I was assaulted by 5 inmates, inmate Ramos & Hutchins and the rest (I don't know their names). We were housed in Echo 203. Ramos was SMU "Close Custody" and Hutchins was "maximum custody on override" to a medium. Both these inmates repeatedly threatened officers and disrespected them. They were removed from our group and then allowed to return. I am an IHP inmate which does not SH used with others. The failure of Alhambra staff to provide us with cleaning supplies to prevent Covid-19 for 7 days and no showers for 4-days led to much arguing from these two inmates. On December 29 inmate Stephens was removed from our group because he had Covid. These inmates were furious. I attempted to keep them calm but was unsuccessful. The next day Stephens was brought back into our group. After being housed overnight with Covid infected group, all this led to arguments and inmates planning to go against the officers. I refused to follow the plan and the end result was my assault. I received multiple kicks & punches to my head. I received stapled on my head, bruised ribs, a busted and bruised knee. Days before inmate Ramos was "maxed out" and should have been in Close Custody. Also Hutchins was placed in cuffs and removed 6 days before but allowed to return. Alhambra's failure to remove these inmates and failure to provide cleaning supplies & showers for 7 days led to my 14th Amendment being violated and I was placed in a dangerous environment. I have less than 5-years so I should be in a minimum custody level. Plus I have been IHP for 2-years and was mixed with non IHP inmates this is clearly not safe. After the incident I was separated to complete my quarantine elsewhere. When sent to Florence Complex again we didn't receive a shower for 5 days! We weren't allowed to clean our cells for 12 days! On January 13th there wasn't water to drink or use restroom until 3pm! We were not given any envelopes or paper to write family, no books and simply placed in a cell for 12 days. I have issues with anxiety and never was allowed to see a psychiatrist or counselor. This led to much mental anguish, anxiety, undue stress and my Appeal was part of the damage.

**STAFF SIGNATURE:** [signature]

**DATE** (mm/dd/yyyy): 1/11/11

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-12
6/25/14